UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION FILE NO. 5:11-CV-354-FL

| | |
|---|---|
| K.C. et al., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>       vs.<br><br>ALDONA ZOFIA WOS, in her official capacity as the Secretary of the Department of Health and Human Services; PAMELA SHIPMAN, in her official capacity as Area Director of Piedmont Behavioral Health Care Area Mental Health, Developmental Disabilities, and Substance Abuse Authority, and PIEDMONT BEHAVIORAL HEALTHCARE AREA MENTAL HEALTH, DEVELOPMENTAL DISABILITIES AND SUBSTANCE ABUSE AUTHORITY doing business as PBH,<br><br>        Defendants. | **ORDER** |

For good cause shown, the Court grants the parties' joint motion to stay discovery pending submission and approval of a settlement agreement. If appropriate settlement documentation is not filed within sixty (60) days, a status report shall be filed informing of progress of settlement activities and what additional time is requested to finalize same.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
U.S. DISTRICT JUDGE