UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION FILE NO. 5:11-CV-354

| | |
|---|---|
| K.C. et al., individually and on behalf of all others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ALDONA ZOFIA WOS, in her official capacity as the Secretary of the Department of Health and Human Services; PAMELA SHIPMAN, in her official capacity as Area Director of Piedmont Behavioral Health Care Area Mental Health, Developmental Disabilities, and Substance Abuse Authority, and PIEDMONT BEHAVIORAL HEALTHCARE AREA MENTAL HEALTH, DEVELOPMENTAL DISABILITIES AND SUBSTANCE ABUSE AUTHORITY doing business as PBH, )<br>)<br>Defendants. ) | **ORDER** |

This matter is before the Court on the Parties' Joint Motion to File Documents Under Seal and the supporting memorandum of law. The Court has reviewed the arguments of counsel and, being otherwise sufficiently advised, will grant the motion.

Accordingly, IT IS HEREBY ORDERED that the Class List as of November 19, 2014 and unredacted signature pages of the Parties' Settlement Agreement [D.E. 193], filed at docket numbers 195 and 196, respectively, shall be sealed and remain under seal in accordance with Local Civil Rule 79.2(b), EDNC.

IT IS SO ORDERED this the 15th day of December, 2014.

_____
Hon. Louise W. Flanagan
United States District Judge

2