UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION FILE NO. 5:11-CV-354

L.S., a minor child, by and through his father )
and next friend, Ron. S.; K.C., a minor child, by )
and through his mother and next friend, Africa H.,; )
ALLISON TAYLOR JOHNS; and D.C., a minor )
child, by his mother and next friend, Penny C.; )
)
    Plaintiffs, )
)
M.S., a minor child, through his parent and natural )
guardian, Rachelle S., )
)
    Intervenor Plaintiff, )
)
    vs. )
)
ALDONA ZOFIA WOS, in her official capacity )
as the Secretary of the Department of Health and )
Human Services; PAMELA SHIPMAN, in her )
official capacity as Area Director of Piedmont )
Behavioral Health Care Area Mental Health, )
Developmental Disabilities, and Substance Abuse )
Authority, and PIEDMONT BEHAVIORAL )
HEALTHCARE AREA MENTAL HEALTH, )
DEVELOPMENTAL DISABILITIES AND )
SUBSTANCE ABUSE AUTHORITY doing )
business as PBH, )
)
    Defendants. )
                                                     )

## **ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the terms of the Order of Approval of Settlement Agreement approved by this Court on the 4th day of April, 2015, this Court has received notification from counsel for all parties that the timeframes in Section III(E) of the Agreement have lapsed and the Settlement Agreement has not become void.

Accordingly, it is hereby **ORDERED** that this case is DISMISSED WITH PREJUDICE.

1

This the 31st day of     December    , 2015.

_____
Louise Wood Flanagan
United States District Court Judge